IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALMA SUZETTE LONGSWORTH, § § § *Plaintiff,* § § v. § § OFFERPAD, LLC § § *Defendant.* § § § § | CIVIL ACTION NO. 3:21-CV-492-L <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Alma Suzette Longsworth and Defendant Offerpad LLC ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendant pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant.

Signature on next page.

Respectfully submitted,

| | |
|---|---|
| */s/ W.D. Masterson* <br> W.D. Masterson <br> Texas State Bar No. 13184000 <br> wdm@kilgorelaw.com <br> **KILGORE & KILGORE, PLLC** <br> 3109 Carlisle Street <br> Dallas, TX 75204 <br> 214.969.9099 (Telephone) <br> 214.953.0133 (Fax) <br> **ATTORNEYS FOR PLAINTIFF** <br> **ALMA SUZETTE LONGSWORTH** | */s/John M. Barcus* <br> John M. Barcus, Esq. <br> Texas Bar No. 07449300 <br> **OGLETREE DEAKINS NASH SMOAK & STEWART, PC** <br> 8117 Preston Road, Suite 500 <br> Dallas, TX 75225 <br> john.barcus@ogletreedeakins.com <br> 214-313-2902 – Telephone <br> **ATTORNEYS FOR DEFENDANT** <br> **OFFERPAD, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 2, 2022.

/s/ W.D. Masterson
W.D. Masterson